**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DANIEL TESFAY | CIVIL ACTION NO. 26-2745 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | MAGISTRATE JUDGE McCLUSKY |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, and noting no objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, filed by petitioner Daniel Tesfay, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and person acting in concert or participation with them are **ORDERED** to **RELEASE** the petitioner as soon as practicable, but no later than **November 5, 2026**.

**IT IS FURTHER ORDERED** that respondents shall file a **NOTICE OF COMPLIANCE** within 24 hours of petitioner's release.

**THE CLERK IS INSTRUCTED** that, after docketing of this judgment, electronic copies should be sent to all counsel of record and the Civil Chief of the United States Attorney's Office.

**DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE